

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00236-CV

_____

BARNETT WELL SERVICES, L.P., APPELLANT

V.

TRINITY ENVIRONMENTAL SWD I, L.L.C., APPELLEE

On Appeal from the 413th District Court
Johnson County, Texas
Trial Court No. DC-C201900880; Honorable John Weeks, Presiding

October 14, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Barnett Well Services, L.P., appeals from the trial court's *Order Granting Plaintiff's Motion for Summary Judgment*.[1]   Now pending before the court is Barnett Well Services' motion seeking voluntary dismissal of the appeal.  The court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that

---

[1] Originally appealed to the Tenth Court of Appeals, this case was transferred to this court by the Texas Supreme Court pursuant to its docket equalization efforts. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the court has been delivered to date, we grant the motion.  The appeal is dismissed.  Because the motion does not address costs, costs will be taxed against Barnett Well Services.  TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam